IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| VS. | NO. 5: 06-CR-8 (DF) |
| **BOBBY EUGENE DAVIS, JR.**, | VIOLATION: Firearms Related |
| Defendant | |

## ORDER OF REVOCATION AND DETENTION

Defendant, **BOBBY EUGENE DAVIS, JR.**, represented by legal counsel Mr. Doye Green, Jr. of the Macon Bar, this day appeared before the undersigned for a hearing under provisions of 18 U.S.C. §3148 on the PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE filed by U. S. Probation Officer Donald Coneway, Sr. on March 29, 2006 seeking a revocation of this court's order of February 15, 2006, setting conditions for his pretrial release.  The United States was represented by Assistant U. S. Attorney Tamarra Jarrett.  Defendant DAVIS admitted the violations set forth in the Petition.  Accordingly, the court finds :

### LEGAL FINDINGS

(1)  there is probable cause to believe that the defendant has committed a federal, state, or local crime while on release by using cocaine on March 3, 2006, and by using cocaine, marijuana and Xanax on March 11th and 12th of 2006; and,

(2)  based on the factors set forth in 18 U.S.C. §3142(g), there is no condition or combination of conditions of release which will assure that defendant Davis will not pose a danger to the safety of any other person or the community by continuing to use illegal drugs.

#### FINDINGS OF FACT

Defendant Davis admitted to the drug usage as alleged in the PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE. The court finds that he has a serious drug addiction problem which, although recognized by him, he is unable to deal with. He has previously participated in nine structured drug treatment programs, and although he has recently participated in drug treatment on a daily basis, he continues to use illegal drugs. Under these circumstances, it does not appear that there are conditions of release which can be imposed which will adequately assure that he will not continue to use illegal drugs and thus continue to pose a danger to the community as well as to himself.

**ACCORDINGLY, IT IS ORDERED AND DIRECTED** that the court's **ORDER OF RELEASE** entered February 15, 2006, be, and it is, **REVOKED**. The defendant is ordered **DETAINED** and is hereby committed to the custody of the Attorney General of the United States or his designated representative for confinement in a corrections facility. The defendant shall be afforded reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

SO ORDERED, this 31st day of MARCH, 2006.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE